107 F.3d 863
 Edwin Ortiz, Paralegal, Pablo Suarez, Paralegal, Jeffrey
Lewis, Paralegal, Robert Price, Paralegal, Sharif
Raqeeb, Paralegal, Tyrone M. Thomas, Clerk
v.
East Jersey State Prison, Steven Pinchak, Administrator,
Richard Knief, Education Department Supervisor,
Rick Liss, Law Library Librarian
 NO. 96-5599
 United States Court of Appeals,
Third Circuit.
 Feb 27, 1997
 
 Appeal From: D.N.J. ,No.96cv01028 ,
 Wolin, J.
 
 
 1
 Affirmed.